# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KAMICK, JAMES FRANK                                §   Case No. 14-82876
                                                          §
                                                          §
Debtor(s)                                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/01/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/09/2015        By:  /s/JOSEPH D. OLSEN
                                                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KAMICK, JAMES FRANK          § Case No. 14-82876
                                    §
                                    §
Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 17,477.00 |
| *and approved disbursements of* | $ 34.28 |
| *leaving a balance on hand of* [1] | $ 17,442.72 |
| **Balance on hand:** | $ 17,442.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,442.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 2,295.61 | 0.00 | 2,295.61 |
| Trustee, Expenses - JOSEPH D. OLSEN | 36.54 | 0.00 | 36.54 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,323.00 | 0.00 | 1,323.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,655.15 |
| Remaining balance: | $ 13,787.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,787.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,787.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,756.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 8,038.75 | 0.00 | 8,038.75 |
| 2 | Atlas Acquisitions LLC (Hsbc Direct Marketing) | 1,602.00 | 0.00 | 1,602.00 |
| 3 | Nicor Gas | 806.69 | 0.00 | 806.69 |
| 4 | LVNV Funding, LLC its successors and assigns as | 1,309.43 | 0.00 | 1,309.43 |

Total to be paid for timely general unsecured claims: $ 11,756.87
Remaining balance: $ 2,030.70

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 2,030.70 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 2,030.70 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $9.81. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,020.89.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-82876-TML
James Frank Kamick                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave         Page 1 of 2         Date Rcvd: Jun 09, 2015
                             Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2015.
db          +James Frank Kamick,    552 Krenz Ave.,    Cary, IL 60013-2010
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
              Rockford, IL 61104-2228
22431898    +Allied Interstate,    Bankruptcy Dept.,    3000 Corporate Exchange Dr.,    5th Fl,
              Columbus,OH 43231-7723
22431895    #+American Collections,    Attn: Bankruptcy Dept.,    919 Estes Ct,    Schaumburg,IL 60193-4436
22978745    +Atlas Acquisitions LLC   (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
22978857    +Atlas Acquisitions LLC   (Hsbc Direct Marketing),    294 Union St.,    Hackensack, NJ 07601-4303
22431911    +Comenity Bank/Blair,    Bankrutpcy Dept.,    919 Estes CT,    Schaumburg,IL 60193-4427
22431902    +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22431901    +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22431892    +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,
              Sioux Falls,SD 57104-4868
22431904    +HSBC,   Bankruptcy Department,    PO Box 5222,    Carol Stream,IL 60197-5222
22431900    +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22431907    +E-mail/PDF: recoverybankruptcy@afninet.com Jun 10 2015 01:12:40      AFNI,    Bankruptcy Dept.,
              PO Box 3517,    Bloomington,IL 61702-3517
22431906     E-mail/Text: g17768@att.com Jun 10 2015 01:16:17       AT&T,    Attn: Bankruptcy Dept.,
              PO Box 8212,    Aurora,IL 60572-8212
22431912    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 10 2015 01:17:07      Asset Acceptance LLC,
              Bankruptcy Department,    PO Box 1630,    Warren,MI 48090-1630
22487961    +E-mail/Text: bnc@atlasacq.com Jun 10 2015 01:16:21      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303,    Attn: Avi Schild
22431894    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 10 2015 01:17:11      CIT BANK,    C/O Midland Funding,
              8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
22431903    +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 10 2015 01:16:16      CashNetUSA.com,
              Bankruptcy Department,    200 W. Jackson Blvd. #1400,    Chicago,IL 60606-6929
22431896    +E-mail/Text: creditonebknotifications@resurgent.com Jun 10 2015 01:16:21      Credit ONE BANK NA,
              Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas,NV 89193-8875
22431910    +E-mail/Text: elmira@paulyounglaw.com Jun 10 2015 01:18:29      Future Income Payments, LLC,
              18300 Von Karman Ave, Suite 410,    Irvine,CA 92612-0192
22431897    +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2015 01:13:00      LVNV Funding LLC,
              Bankruptcy Dept.,    PO Box 10584,    Greenville,SC 29603-0584
23316293     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2015 01:13:00
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22431905    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 10 2015 01:17:11      Midland Credit Management,
              Bankruptcy Dept.,    8875 Aero Dr., Ste. 200,    San Diego,CA 92123-2255
22431909    +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 10 2015 01:17:31
              NCO Financial Systems, Inc,    Bankruptcy Dept.,    507 Prudential Rd.,    Horsham,PA 19044-2308
22431908    +E-mail/Text: bankrup@aglresources.com Jun 10 2015 01:16:01      Nicor Gas,
              Bankruptcy Department,    PO Box 549,    Aurora,IL 60507-0549
22431893    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 10 2015 01:17:11      T-Mobile,    C/O Midland Funding,
              8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
22431899    +E-mail/Text: fhbankruptcy@bluestembrands.com Jun 10 2015 01:18:32      Webbank/Fingerhut,
              Attn: Bankruptcy Dept.,    6250 Ridgewood Rd,    Saint Cloud,MN 56303-0820
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                              Signature:    /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave           Page 2 of 2            Date Rcvd: Jun 09, 2015
                              Form ID: pdf006           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
              Carole J. Ryczek     on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Craig A Willette     on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen     on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Merid T Mekonnen     on behalf of Debtor James Frank Kamick ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```