**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KAMICK, JAMES FRANK | § | Case No. 14-82876 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,102.00
*(without deducting any secured claims)*

Assets Exempt: $1,102.00

Total Distribution to Claimants: $11,766.68

Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $3,689.33

3) Total gross receipts of $ 17,477.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 2,020.89 (see **Exhibit 2** ), yielded net receipts of $15,456.11 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,323.00 | 3,689.33 | 3,689.33 | 3,689.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,766.68 | 11,766.68 | 11,766.68 |
| **TOTAL DISBURSEMENTS** | $1,323.00 | $15,456.01 | $15,456.01 | $15,456.01 |

4) This case was originally filed under Chapter 7 on September 22, 2014. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2015 By: /s/JOSEPH D. OLSEN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - 541(a)(5) property | 1229-000 | 17,477.00 |
| **TOTAL GROSS RECEIPTS** | | $17,477.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KAMICK, JAMES FRANK | Dividend paid 100.00% on $2,020.89; Claim# SURPLUS; Filed: $2,020.89; Reference: 8200-002 | | 2,020.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,020.89 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,295.61 | 2,295.61 | 2,295.61 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 36.54 | 36.54 | 36.54 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,323.00 | 1,323.00 | 1,323.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 24.18 | 24.18 | 24.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,689.33 | $3,689.33 | $3,689.33 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7100-000 | N/A | 8,038.75 | 8,038.75 | 8,038.75 |
| 1I | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7990-000 | N/A | 6.71 | 6.71 | 6.71 |
| 2 | Atlas Acquisitions LLC (Hsbc Direct Marketing) | 7100-000 | N/A | 1,602.00 | 1,602.00 | 1,602.00 |
| 2I | Atlas Acquisitions LLC (Hsbc Direct Marketing) | 7990-000 | N/A | 1.34 | 1.34 | 1.34 |
| 3 | Nicor Gas | 7100-000 | N/A | 806.69 | 806.69 | 806.69 |
| 3I | Nicor Gas | 7990-000 | N/A | 0.67 | 0.67 | 0.67 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 1,309.43 | 1,309.43 | 1,309.43 |
| 4I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 1.09 | 1.09 | 1.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,766.68 | $11,766.68 | $11,766.68 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82876
**Case Name:** KAMICK, JAMES FRANK
**Period Ending:** 08/14/15

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 09/22/14 (f)
**§341(a) Meeting Date:** 10/23/14
**Claims Bar Date:** 05/27/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with - Chase Bank | 2.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods; tv, dvd player, stereo, couch, | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Watch and costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Pension w/ Employer/Former Employer - 100% Exemp | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Family Pets/Animals - Dog | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Inheritance - 541(a)(5) property (u) | Unknown | Unknown | | 17,477.00 | FA |
| 10 | Possible Fradulent Conveyance of residence | Unknown | Unknown | | 0.00 | FA |
| **10** | **Assets** **Totals** (Excluding unknown values) | **$1,102.00** | **$0.00** | | **$17,477.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2016

**Current Projected Date Of Final Report (TFR):** June 3, 2015 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-82876
**Case Name:** KAMICK, JAMES FRANK

**Taxpayer ID #:** **-***8269
**Period Ending:** 08/14/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******1066 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/15 | {9} | Heartland Planning Group, Ltd. | Inheritance | | 1229-000 | 17,477.00 | | 17,477.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 17,467.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.28 | 17,442.72 |
| 07/06/15 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,323.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,323.00 | 16,119.72 |
| 07/06/15 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,295.61, Trustee Compensation; Reference: | | 2100-000 | | 2,295.61 | 13,824.11 |
| 07/06/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $36.54, Trustee Expenses; Reference: | | 2200-000 | | 36.54 | 13,787.57 |
| 07/06/15 | 104 | KAMICK, JAMES FRANK | Dividend paid 100.00% on $2,020.89; Claim# SURPLUS; Filed: $2,020.89; Reference: | | 8200-002 | | 2,020.89 | 11,766.68 |
| 07/06/15 | 105 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | Combined Check for Claims#1,1I | | | | 8,045.46 | 3,721.22 |
| | | | Dividend paid 100.00% on $8,038.75; Claim# 1; Filed: $8,038.75 | 8,038.75 | 7100-000 | | | 3,721.22 |
| | | | Dividend paid 100.00% on $6.71; Claim# 1I; Filed: $6.71 | 6.71 | 7990-000 | | | 3,721.22 |
| 07/06/15 | 106 | Atlas Acquisitions LLC (Hsbc Direct Marketing) | Combined Check for Claims#2,2I | | | | 1,603.34 | 2,117.88 |
| | | | Dividend paid 100.00% on $1,602.00; Claim# 2; Filed: $1,602.00 | 1,602.00 | 7100-000 | | | 2,117.88 |
| | | | Dividend paid 100.00% on $1.34; Claim# 2I; Filed: $1.34 | 1.34 | 7990-000 | | | 2,117.88 |
| 07/06/15 | 107 | LVNV Funding, LLC its successors and assigns as | Combined Check for Claims#4,4I | | | | 1,310.52 | 807.36 |
| | | | Dividend paid 100.00% on $1,309.43; Claim# 4; Filed: $1,309.43 | 1,309.43 | 7100-000 | | | 807.36 |
| | | | Dividend paid 100.00% on $1.09; Claim# 4I; Filed: $1.09 | 1.09 | 7990-000 | | | 807.36 |
| 07/06/15 | 108 | Nicor Gas | Combined Check for Claims#3,3I | | | | 807.36 | 0.00 |
| | | | Dividend paid 100.00% on $806.69; Claim# 3; Filed: $806.69 | 806.69 | 7100-000 | | | 0.00 |

Subtotals : $17,477.00 $17,477.00

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-82876
**Case Name:** KAMICK, JAMES FRANK

**Taxpayer ID #:** **-***8269
**Period Ending:** 08/14/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******1066 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $0.67; Claim# 3I; Filed: $0.67 | 0.67 | 7990-000 | | | 0.00 |
| 07/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -0.10 | 0.10 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **17,477.00** | **17,476.90** | **$0.10** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **17,477.00** | **17,476.90** | |
| Less: Payments to Debtors | | 2,020.89 | |
| **NET Receipts / Disbursements** | **$17,477.00** | **$15,456.01** | |

| | |
|---|---|
| Net Receipts : | 17,477.00 |
| Less Payments to Debtor : | 2,020.89 |
| Net Estate : | $15,456.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1066** | **17,477.00** | **15,456.01** | **0.10** |
| | **$17,477.00** | **$15,456.01** | **$0.10** |